UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATHAN WILLIAM ROUNDS,<br><br>Defendant. | CR 4:24-cr-40115<br><br>REDACTED INDICTMENT<br><br>Mail Fraud<br>(18 U.S.C. § 1341)<br><br>Theft of Mail<br>(18 U.S.C. § 1708) |

The Grand Jury charges:

COUNTS 1 - 6

A. Introduction:

Beginning on or about April 16, 2021, and continuing through May 13, 2022, all dates approximate and inclusive, in the District of South Dakota, and elsewhere, the defendant, Nathan William Rounds, with the intent to defraud, devised a scheme and artifice to obtain money from Menards by means of false and fraudulent pretenses, representations, and promises, and knowingly caused mail to be sent and delivered by the United States Postal Service according to the directions thereon, for the purpose of executing such scheme and artifice to defraud.

B. Object of the Scheme and Artifice:

The object of the scheme and artifice to defraud was to fraudulently obtain Menards rebate funds by mailing to Menards Rebate Center, in Elk Mound, Wisconsin, fraudulent rebate applications and stolen Menards receipts from

various other individuals' purchases.

C. Manner and Means of the Scheme and Artifice:

1. Between on or about April 16, 2021, and continuing through May 13, 2022, the defendant was employed as a Highway Contract Route (HCR) driver, a postal contractor who provided mail delivery services for the United States Postal Service. The Defendant's HCR route began and ended at the Dakota Central Processing and Distribution Center in Huron, South Dakota.

2. On multiple occasions during the relevant time period, the defendant identified Menards rebate application mail pieces in collection mail along his HCR route based on their address to Elk Mound, Wisconsin. The defendant removed the identified mail pieces out of the collection mail dispatch which were destined for processing in Huron, South Dakota, and stole said mail pieces at the conclusion of his route. The defendant subsequently removed the Menards customer receipts from the stolen mail, and knowingly mailed the receipts with a new rebate application that he completed as if he were the original purchaser.

3. On multiple occasions during the relevant time period, the defendant knowingly mailed multiple stolen Menards receipts, along with a new Menards rebate application, using his own name or his wife's name, Penny Rounds, to the Menards Rebate Center in Elk Mound, Wisconsin, and knowingly caused the rebate checks to be sent and delivered to him at his residence in Woonsocket, South Dakota. The defendant used the funds from the fraudulent rebate checks for his own purposes.

D. The Mailings:

On or about the dates listed below, the defendant knowingly caused the following mailings to be sent and delivered by the United States Postal Service according to the directions thereon, with each mailing constituting a separate count:

| Count | Approximate Date | Item | From | To |
|---|---|---|---|---|
| 1 | November 13, 2021 | Menards Rebate receipts totaling $454.55 | Penny Rounds | Menards Rebate Center, Elk Mound, WI |
| 2 | November 19, 2021 | Menards Rebate receipts totaling $338.63 | Penny Rounds | Menards Rebate Center, Elk Mound, WI |
| 3 | April 2, 2022 | Menards Rebate receipts totaling $268.89 | Nate Rounds | Menards Rebate Center, Elk Mound, WI |
| 4 | April 2, 2022 | Menards Rebate receipts totaling $175.51 | Penny Rounds | Menards Rebate Center, Elk Mound, WI |
| 5 | May 12, 2022 | Menards Rebate receipts totaling $509.91 | Nate Rounds | Menards Rebate Center, Elk Mound, WI |
| 6 | May 12, 2022 | Menards Rebate receipts totaling $299.67 | Penny Rounds | Menards Rebate Center, Elk Mound, WI |

Defendant's actions were all in violation of 18 U.S.C. § 1341.

COUNT 7

Between on or about approximately April 16, 2021, and May 13, 2022, in the District of South Dakota, the defendant, Nathan William Rounds, did steal and take from and out of the mail, a mail route, and other authorized depositories for mail matter, letters, packages and mail, and did abstract and remove from such letters, packages and mail, articles and things contained therein, to wit: Menards receipts and rebate applications, and did secrete,

embezzle, and destroy such letters, packages, mail and articles and things contained therein, all in violation of 18 U.S.C. § 1708.

A TRUE BILL:

**Name Redacted**

Foreperson

ALISON J. RAMSDELL
United States Attorney

By: Connie Larson